74,642-03

**WRIT OF HABEAS CORPUS**

**CERTIFIED COPIES OF**

<u>**POST CONVICTION**</u>

FROM:    262ND DISTRICT COURT

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 18 2015

Abel Acosta, Clerk

OF

HARRIS COUNTY, TEXAS

MIKE MENDOZA, JR.

<u>APPLICANT</u>

VS.

THE STATE OF TEXAS

<u>RESPONDENT</u>

# CAUSE #952290-B

# **INDEX**

PAGE

WRIT OF MANDAMUS ORDER FROM THE COURT OF CRIMINAL APPEALS     1

DISTRICT ATTORNEY ACKNOWLEDGMENT LETTER     4

STATE'S PROPOSED ORDER DESIGNATING ISSUE AND FOR FILING     5
AFFIDAVIT

LETTER TO APPLICANT     9

CERTIFICATE OF THE CLERK     10

REV: 01-02-04

*262nd*

*p.3*



| SHARON KELLER | | ABEL ACOSTA |
| PRESIDING JUDGE | | CLERK |
| | | (512) 463-1551 |

**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
  JUDGES

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

April 8, 2015

District Clerk Harris County
Chris Daniel
Post Conviction/Appeals Section
P.O. Box 4651
Houston, TX 77210-4651
\* DELIVERED VIA E-MAIL \*

**F I L E D**
Chris Daniel
District Clerk

APR 0 9 2015

Time:_____
    Harris County, Texas

By_____
    Deputy

**Re:** MENDOZA, MIKE JR.
**CCA No.** WR-74,642-03
**Trial Court Case No.** 952290-B

The Court has this day issued an order for the above referenced cause.

Sincerely,

Abel Acosta, Clerk

cc:   Mike Mendoza Jr.

IMAGED

: 00001

# \# 952290-B



FILED
Chris Daniel
District Clerk

APR 09 2015

Time:_____

By_____
Harris County, Texas

Deputy



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-74,642-03

### IN RE MIKE MENDOZA JR., Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 952290 IN THE 262ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 262nd District Court of Harris County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order which designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that

Relator has not filed an application for a writ of habeas corpus in Harris County. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: April 8, 2015
Do not publish

# PATRICIA R. LYKOS
## DISTRICT ATTORNEY
### HARRIS COUNTY, TEXAS

December 29, 2010

Loren Jackson, District Clerk
Harris County, Texas
1201 Franklin
Houston, Texas 77002

Re: Ex parte <u>MIKE MENDOZA JR.</u>
No. <u>952290-B</u> in the <u>262</u><sup>ND</sup>
District Court of Harris County, Texas
Filing date: 12/27/2010

Date copy of writ delivered to District Attorney's Basket: **DEC 2 9 2010**
By: <u>Daisy Molina</u>

Dear Sir:

I hereby acknowledge receipt of a copy of the above-captioned post conviction application for writ of habeas corpus, filed pursuant to Article 11.07 of the Texas Code of Criminal Procedure. Therefore, I waive service by certified mail as provided therein.

I understand that I have 15 days from the date received to answer.

Sincerely,

_____
Assistant District Attorney
Harris County, Texas

_____
Date Received

1201 Franklin Street, Suite 600, Houston, Texas 77002-1923



Cause No. 952290-B

EX PARTE                          §    IN THE 262ND DISTRICT COURT

                                  §    OF

MIKE MENDOZA, JR.,                §    HARRIS COUNTY, TEXAS
    Applicant

### STATE'S PROPOSED ORDER DESIGNATING ISSUE
### AND FOR FILING AFFIDAVIT

Having considered the application for writ of habeas corpus in the above-captioned cause

and the State's original answer, the Court finds that the issue of whether Applicant was denied the

effective assistance of counsel needs to be resolved in the present case.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue

and then enter findings of fact.

To assist the Court in resolving these factual issues, MICHAEL GILLMAN is ORDERED

to file an affidavit summarizing the actions taken to represent the applicant in cause number

952290 and responding to the allegations contained in the instant application for writ of habeas

corpus, specifically responding to the following:

1. State whether counsel believes it was necessary or beneficial to investigate whether Applicant's confession was coerced in the instant case; if counsel does so believe, state the extent of counsel's investigation, if counsel does not so believe, state why not.

2. State whether counsel believes it was necessary or beneficial to raise an issue regarding Applicant's right to counsel of choice or any alleged conflict of interest Applicant might have had with prior counsel; if counsel does so believe, state the extent of counsel's investigation, if counsel does not so believe, state why not.

3. State whether counsel believes it was necessary or beneficial to seek a continuance in the instant case; if counsel did so believe, state whether counsel attempted to do so, if counsel did not so believe, state why not.

MICHAEL GILLMAN is ORDERED to file said affidavit with the Appellate Division of

the District Clerk's Office, 1201 Franklin, Third Floor, Houston, Texas 77002, within **THIRTY**

**DAYS** of the signing of this order.




RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

The Clerk of the Court is **ORDERED** to send a copy of this order to Applicant, a copy of this order to the State, and to serve copies of this order and the application to:

MICHAEL GILLMAN, Texas Bar No. 07950225
Attorney at Law
3027 Marina Bay Dr., Suite 207
League City, TX 77573

When the affidavit of MICHAEL GILLMAN is received, the Clerk is **ORDERED** to send a copy of said affidavit to Applicant and a copy to counsel for the State, JOSHUA HILL, 1201 Franklin, Suite 600, Houston, TX 77002.

Upon the expiration of time to file the proposed findings of fact, the Clerk shall submit all the documents material to this cause to this Court.

The Clerk of the Court is **ORDERED** **NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further ordered by this Court.

By the following signature, the Court adopts the State's Proposed Order Designating Issue and for Filing Affidavit.

Signed this _____ day of _____, 2011.

_____
PRESIDING JUDGE

2

: 00006



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

: 00007

January 21, 2011

PATRICIA R. LYKOS
DISTRICT ATTORNEY
HARRIS COUNTY, TEXAS

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 952290-B in the 262nd District Court.

☐ State's Original Answer Filed ,

☐ Affidavit ,

☐ Court Order Dated ,

☒ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order ,

☐ Other

Sincerely,

Leslie Garcia, Deputy
Criminal Post Trial

lag

Enclosure(s) – STATE'S PROPOSED ORDER DESIGNATING ISSUE AND FOR FILING AFFIDAVIT

January 21, 2011

MICHAEL GILLMAN
ATTORNEY AT LAW
3027 MARINA BAY DR., SUITE 207
LEAGUE CITY, TEXAS 77573

RE:  MIKE MENDOZA, JR.
CAUSE #952290-B
262ND DISTRICT COURT

Dear Sir :

Enclosed herewith please find a copy of the Court's Order wherein the court orders that
MICHAEL GILLMAN, Attorney at Law, file an affidavit in response to allegations made
in the petition for post conviction writ of habeas corpus in the above numbered and styled
cause.

Sincerely,

Leslie Garcia, Deputy
Criminal Post Trial
Harris County District Clerk's Office

Enclosure:  Respondent's Proposed Order Designating Issues and Order for Filing
Affidavit, Respondent's Original Answer, Application for Writ of Habeas Corpus

CC:  Kelly Reyes



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

January 21, 2011

MIKE MENDOZA, JR.
#1223739 FERGUSON UNIT
12120 SAVAGE DR.
MIDWAY, TEXAS 75852

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 952290-B in the 262nd District Court.

☐ State's Original Answer Filed       ╱   ,

☐ Affidavit        ,

☐ Court Order Dated        ,

☒ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order        ,

☐ Other

Sincerely,

Leslie Garcia, Deputy
Criminal Post Trial

lag

Enclosure(s) – STATE'S PROPOSED ORDER DESIGNATING ISSUE AND FOR FILING AFFIDAVIT

CERTIFICATE OF THE CLERK

APPLICANT IN CUSTODY

THE STATE OF TEXAS       {   IN THE 262nd DISTRICT COURT

COUNTY OF HARRIS       {   OF HARRIS COUNTY, TEXAS

I, CHRIS DANIEL, District Clerk of Harris County, Texas, do hereby certify that the foregoing *10* pages contain true and correct copies of original records now in my lawful custody and possession relating to cause number 952290-B including certified copies as requested from Court Order (entered on the 8TH day of APRIL, A.D., 2015) and each document, the inclusion of which was thereby ordered.

I further certify the Applicant MIKE MENDOZA, JR. is in the custody of the Texas Department of Criminal Justice Institutional Division.

Witness my hand and seal of said Court at Houston, Texas, on this the 7TH day of MAY, 2015.

CHRIS DANIEL, District Clerk
Harris County, Texas

By: _____
Leslie Hernandez / Deputy

REV. 01-02-04

: 00010